**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6791**

---

DENNIS RAY GRAVES,

Plaintiff - Appellant,

versus

SUPREME COURT OF VIRGINIA, in re: Montgomery
County Circuit Court,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-01-250-7)

---

Submitted:  June 21, 2001          Decided:  July 5, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dennis Ray Graves, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Ray Graves, a Virginia inmate, appeals two district court orders, the first dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2000) for failure to state a claim, and the second denying his motion for reconsideration of the first order. We have reviewed the record and the district court's opinion and orders, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Graves v. Supreme Court of Virginia</u>, No. CA-01-250-7 (W.D. Va. Apr. 25, 2001 & May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>